DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PABLO BAUTISTA,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D2023-0735

_____

June 14, 2024

Appeal from the Circuit Court for Sarasota County; Donna Marie Padar, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.